UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

DEC 03 2009

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| SCOTT R. JONES, | ) 4:09CR 00759CEJ |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 16, 2009, in the Eastern District of Missouri,

**SCOTT R. JONES,**

the defendant herein, did willfully make a threat, through the use of a cellular telephone which is an instrument of interstate commerce, to the Twenty-Third Judicial Circuit Court of Missouri at Hillsboro, Jefferson County, Missouri, Division Six Court Clerk, concerning an attempt and alleged attempt, unlawfully to damage and destroy said courthouse by means of an explosive.

In violation of, and punishable under, Title 18, United States Code, Section 844(e).

A TRUE BILL.

_____
FOREPERSON

MICHAEL W. REAP
Acting United States Attorney

_____
JENNIFER J. ROY, #68299
Assistant United States Attorney